IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRACI ST. CLAIRE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO.   1:17-cv-03370-AT-JFK |
| | ) | |
| DITECH FINANCIAL, LLC, | ) | |
| f/k/a GREEN TREE SERVICING, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**SECOND CONSENT MOTION FOR EXTENSION OF TIME**

COME NOW Plaintiff and Defendant Ditech Financial, LLC f/k/a Green Tree Servicing, LLC ("Ditech"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7.4, jointly submit this Consent Motion for an extension of time to and including December 18, 2017, within which Ditech is to file their answer or otherwise respond to Plaintiff's Complaint for Damages.  In support thereof, Ditech states as follows:

The Parties are engaging in comprehensive settlement discussions and working towards an early resolution of this matter.  In order to foster the current settlement negotiations, Ditech requests additional time to answer or otherwise respond to Plaintiff's Complaint, up to and including December 18, 2017.  Counsel for Plaintiff is agreeable to the requested extension.  This is the second request for

1

an extension of time to respond to the Complaint, and this request is not being made for purposes of delay or any other improper reason.

WHEREFORE, Defendant Ditech hereby requests that the Court enter an Order: (1) granting this Second Consent Motion for an Extension of Time; and (2) providing Ditech with an extension of time to file its answer until on or before December 18, 2017.  A proposed order is attached as **Exhibit A** hereto for the Court's consideration.

Respectfully submitted, this 28th day of November, 2017.

**Prepared and Consented to by:**

*/s/ Mark J. Windham*
Mark J. Windham
Georgia Bar No. 113194
Monika V. Scott
Georgia Bar No. 558009

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
Telephone:   404-885-3000
Facsimile:    404-885-3900
E-mail: mark.windham@troutman.com
E-mail: monika.scott@troutman.com
*Counsel for Defendant Ditech Financial, LLC*
*f/k/a Green Tree Servicing, LLC*

3

**Consented to by:**

*/s/ James W. Hurt*
James W. Hurt, Esq., Georgia Bar No. 380104
HURT STOLZ, P.C.
345 West Hancock Ave.
Athens, Georgia 30601
Telephone:   (706) 395-2750
Facsimile:    (866) 766-9245
E-mail: jhurt@hurtstolc.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing *Second Consent Motion for Extension of Time* with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

> James W. Hurt, Esq.
> HURT STOLZ, P.C.
> 345 West Hancock Ave.
> Athens, Georgia 30601
> *Counsel for Plaintiff*

This 28th day of November, 2017.

> */s/ Mark J. Windham*
> Mark J. Windham
> Georgia Bar No. 113194