IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRACI ST. CLAIRE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO.   1:17-cv-03370-AT-JFK |
| | ) | |
| DITECH FINANCIAL, LLC, | ) | |
| f/k/a GREEN TREE SERVICING, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING**
**SECOND CONSENT MOTION FOR EXTENSION OF TIME**

The Court having considered the *Second Consent Motion for Extension of Time*, filed on November 28, 2017, and it appearing that good cause exists for the relief requested therein, it is hereby **ORDERED** that the time within which Defendant Ditech Financial, LLC f/k/a Green Tree Servicing, LLC must answer or otherwise respond to Plaintiff's Complaint for Damages is hereby extended through and including December 18, 2017.

**SO ORDERED** this __ day of _____, 2017.

_____
United States District Court Judge
Northern District of Georgia