IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACI ST. CLAIRE ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | |
| v. ) | NO.   1:17-cv-03370-AT-JFK |
| ) | |
| DITECH FINANCIAL, LLC, ) | |
| f/k/a GREEN TREE SERVICING, LLC ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT DITECH FINANCIAL, LLC 'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Ditech Financial, LLC f/k/a Green Tree Servicing, LLC ("Ditech") submits the following Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, as follows:

1.  The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

 a. Plaintiff Traci St. Claire.

 b. Plaintiff is represented by James W. Hurt of Hurt Stolz, P.C.

1

    c.    Defendant Ditech Financial LLC f/k/a Green Tree Servicing, LLC ("Ditech").

    d.    Ditech is a wholly owned subsidiary of Walter Investment Management Corp., a publicly traded company. No publicly held corporation owns more than 10% of Walter Investment Management Corp.'s stock.

    e.    Ditech is represented by Mark J. Windham and Monika V. Scott of Troutman Sanders LLP.

2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    Counsel is not aware of any other entities or persons, other than those identified herein, that have a financial interest that could be substantially affected by the outcome of this case.

3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a.    For Plaintiff Traci St. Claire:

    James W. Hurt

        H<small>URT</small> S<small>TOLZ</small>, P.C.

b.    For Ditech:

        Mark J. Windham

        Monika V. Scott

        T<small>ROUTMAN</small> S<small>ANDERS</small> LLP

This 20th day of December 2017.

                                          */s/ Monika V. Scott*
                                          Mark J. Windham
                                          Georgia Bar No. 113194
                                          *mark.windham@troutman.com*
                                          Monika V. Scott
                                          Georgia Bar No. 558009
                                          *monika.scott@troutman.com*

TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA  30308-2216
Phone: (404) 885-3828
*Counsel for Defendant Ditech Financial, LLC*

## CERTIFICATE OF SERVICE

I certify that I have on this day filed and served the within and foregoing *Ditech Financial LLC's Certificate of Interested Persons and Corporate Disclosure Statement* by using the Court's ECF system, which will send notice of this filing to the following counsel of record:

James W. Hurt, Esq.
HURT STOLZ, P.C.
345 West Hancock Ave.
Athens, Georgia 30601
*Counsel for Plaintiff*

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

This 20th day of December 2017.

*/s/ Monika V. Scott*
Monika V. Scott
Georgia Bar No. 558009

4