IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACI ST. CLAIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | <u>1:17-cv-03370-AT-JFK</u> |
| DITECH FINANCIAL LLC, ) | |
| f/k/a GREEN TREE ) | |
| SERVICING, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to LR 3.3, Plaintiff files this Certificate of Interested Persons.

The undersigned Counsel of Record certifies that the following is a full and complete list of all parties in this action:

Plaintiff:   **Traci St. Claire.**

Defendants: **Ditech Financial LLC f/k/a Green Tree Servicing, LLC**

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected the outcome of this particular case:

For Plaintiff: **None**

(1)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiff in this proceeding:

**James W. Hurt, Jr., Hurt Stolz, P.C.**

Respectfully submitted, this 21st day of December, 2017.

**HURT STOLZ, P.C.**

 s/  James W. Hurt, Jr.
James W. Hurt, Jr.
Georgia Bar No.  380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 395-2750
Facsimile:  (866) 766-9245
jhurt@hurtstolz.com          **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I certify that the foregoing complies with the font and point setting approved by the Court in L.R. 5.1(B) and that I prepared the same on a computer using Times New Roman 14 point font.

Respectfully submitted, this 21st day of December, 2017.

**HURT STOLZ, P.C.**

 s/  James W. Hurt, Jr.
James W. Hurt, Jr.
Georgia Bar No.  380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 395-2750
Facsimile:  (866) 766-9245
jhurt@hurtstolz.com                    **ATTORNEY FOR PLAINTIFF**