IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACI ST. CLAIRE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DITECH FINANCIAL, LLC, ) <br> f/k/a GREEN TREE SERVICING, LLC ) <br> ) <br> Defendant. ) <br> ) <br> ) | CIVIL ACTION FILE <br><br> NO.   1:17-cv-03370-AT-JFK |

**EXHIBIT A TO MOTION TO WITHDRAW**

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRACI ST. CLAIRE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO.   1:17-cv-03370-AT-JFK |
| | ) | |
| DITECH FINANCIAL, LLC, | ) | |
| f/k/a GREEN TREE SERVICING, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE TO PLAINTIFF OF PLAINTIFF'S COUNSEL INTENT TO WITHDRAW FROM REPRESENTATION

In accordance with U.S.D.C. N.D. Ga. Local Rule 83.1E, James W. Hurt, Jr. as counsel for Plaintiff provides herein his Notice of Intent to Withdraw as counsel for Plaintiff Traci St. Claire.  Counsel for Plaintiff further states the following:

1.

This Notice is being served via electronic mail at traci@youreunique.net and tracistclaire@gmail.com and by First Class U.S. Mail at the Plaintiff's address of 8390 Emerald Point Lane, Gainesville, Georgia 30506.

2.

I. James W. Hurt, Jr., wish to withdraw from further representation of the Plaintiff.  Local Rule 83.1E(b)(A).

3.

The style of the action is Traci St. Claire v. Ditech Financial, LLC Suzanne Sligh, f/k/a Suzanna Camp v. CitiMortgage, Inc., Civil Action Number 1:17-CV-03370-AT-JFK, pending in the United States District Court for the Northern District of Georgia, Atlanta Division.  Local Rule 83.1E(b)(B).

4.

The name, address and telephone number of the Clerk of Court is:

James N. Hatten
2211 Richard B. Russell Federal Building
75 Spring Street SW
Atlanta, Georgia 30303
(404) 215-1600

5.

The name, address and telephone number of opposing counsel is:

Mark Windham
Troutman Sanders, LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia 30308
404-885-3917
mark.windham@troutmansanders.com

6.

The Court retains jurisdiction of the action.  Local Rule 83.1E(b)(C).

7.

The Plaintiff has the burden of keeping the court informed respecting where notices, pleadings or other papers may be served.  Local Rule 83.1E(b)(D).

Plaintiff has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set.  Local Rule 83.1E(b)(E).

8.

If the Plaintiff fails or refuses to meet these burdens, the Plaintiff may suffer adverse consequences.  Local Rule 83.1E(b)(F).

9.

The dates of any scheduled proceedings, including trial, and the holding of such proceedings will not be affected by the withdrawal of counsel.  Local Rule 83.1E(b)(G).

10.

There is currently a motion to dismiss pending before the Court.  The matter has been fully briefed by both sides.  Magistrate Judge King has entered a Report and Recommendation to the District Judge.  The parties await a ruling from Judge Totenberg.

11.

Service of notices may be made upon the Plaintiff at the Plaintiff's last known address, that being, 8390 Emerald Point Lane, Gainesville, Georgia 30506. Local Rule 83.1E(b)(H).

12.

The Plaintiff has a right to object to counsel's intent to withdraw within fourteen (14) days of the date of this notice. Local Rule 83.1E(b)(J).

Respectfully submitted, this 12th day of July, 2018.

**HURT STOLZ, P.C.**

s/. James W. Hurt, Jr.
By: James W. Hurt, Jr.
Georgia Bar No.: 380104

1551 Jennings Mill Road, Suite 3100-B
Watkinsville, Georgia 30677
(706) 395-2750
Facsimile: (866) 766-9245
jhurt@hurtstolz.com