**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **TRACI ST. CLAIRE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **Civil Action No.: 1:17-cv-03370-AT-JFK** |
| **DITECH FINANCIAL LLC,** | ) |
| **f/k/a GREEN TREE** | ) |
| **SERVICING, LLC** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT DITECH FINANCIAL LLC'S
NOTICE OF SUBSTITUTION OF COUNSEL**

Defendant Ditech Financial LLC ("Ditech") hereby gives notice that Keith S. Anderson of the law firm of Bradley Arant Boult Cummings LLP is to be substituted as counsel of record for Defendant Ditech in substitution of Mark Windham and Monika Vyas Scott of the law firm of Troutman Sanders LLP.  This Substitution of Counsel, and the withdrawal of Mr. Windham and Ms. Scott, is made with the express consent of the client, Ditech Financial LLC, pursuant to Local Rule 83.1(E), as set out in below Certificate of Consent signed by Ditech representative David J. Bird.

Substitute counsel's address, bar number, telephone number, facsimile number, and email address is as follows:

>Keith S. Anderson, Esq.
>Georgia Bar No. 136246
>Bradley Arant Boult Cummings LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203
>Phone: (205) 521-8000
>Facsimile: (205) 521-8800
>kanderson@bradley.com

All further pleadings, orders, and notices should be sent to substitute counsel, effective as of the date of filing of this Notice.

This 17th day of December, 2018.

| | |
|---|---|
| /s/Mark J. Windham | /s/Keith S. Anderson |
| Mark J. Windham | Keith S. Anderson |
| Georgia Bar No. 113194 | Georgia Bar No. 136246 |
| Monika Vyas Scott | Bradley Arant Boult Cummings LLP |
| Georgia Bar No. 558009 | One Federal Place |
| Troutman Sanders LLP | 1819 Fifth Avenue North |
| 3000 Bank of America Plaza | Birmingham, Alabama 35203 |
| 600 Peachtree Street, NE | Phone: (205) 521-8000 |
| Atlanta, GA 30308-2216 | Facsimile: (205) 521-8800 |
| Phone: (404) 885-3000 | kanderson@bradley.com |
| Facsimile: (404) 885-3900 | |
| mark.windham@troutman.com | |
| monika.scott@troutman.com | |

## CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with LR 5.1(B).

This 17th day of December, 2018.

/s/Keith S. Anderson
Keith S. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** by the CM/ECF online filing system with U.S. District Court for the Northern District of Georgia and that I have on December 17, 2018, also served the foregoing via U.S. Mail on the following:

Traci St. Claire
8390 Emerald Pointe Lane
Gainesville, GA 30506

/s/Keith S. Anderson
Keith S. Anderson

## CERTIFICATE OF CONSENT

Pursuant to Local Rule 83.1(E), Defendant Ditech Financial LLC is aware of and consents to the withdrawal of attorneys Mark J. Windham and Monika Vyas Scott of the law firm Troutman Sanders LLP and the substitution of Keith S. Anderson of the law firm Bradley Arant Boult Cummings LLP as counsel of record for Ditech Financial LLC in this matter.

_____
David J. Bird, Esq.
Senior Counsel
Ditech Financial LLC